# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio ▼

| | |
|---|---|
| LEONARD NYAMUSEVYA<br>P.O. BOX 314<br>REYNOLDSBURG, OHIO 43068<br>U.S.A.<br><br>*Plaintiff(s)*<br>v.<br>STATE OF OHIO<br>MIKE DEWINE, esq.<br>77 South High Street, 30th Floor<br>Columbus, Ohio 43215<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:24 CV 4216<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    STATE OF OHIO
MIKE DEWINE, esq.
GOVERNOR OF OHIO
77 South High Street, 30th Floor
Columbus, Ohio 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        LEONARD NYAMUSEVYA
        P.O. BOX 314
        REYNOLDSBURG, OHIO 43068
        U.S.A.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   11/29/2024                 *Melissa Saddler*
                                                               *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| LEONARD NYAMUSEVYA<br>P.O. BOX 314<br>REYNOLDSBURG, OHIO 43068<br>U.S.A.<br>*Plaintiff(s)*<br>v.<br>STATE OF OHIO<br>DAVE YOST, esq.<br>30 East Broad Street, 14th Floor,<br>Columbus, OH 43215<br>*Defendant(s)* | Civil Action No. 2:24 CV 4216 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  STATE OF OHIO
DAVE YOST, esq. Ohio Attorney General
30 East Broad Street, 14th Floor,
Columbus, OH 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LEONARD NYAMUSEVYA
P.O. BOX 314
REYNOLDSBURG, OHIO 43068
U.S.A.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/29/2024  *Melissa Saddler*
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio ▼

| | |
|---|---|
| LEONARD NYAMUSEVYA<br>P.O. BOX 314<br>REYNOLDSBURG, OHIO 43068<br>U.S.A.<br><br>*Plaintiff(s)*<br>v.<br>Citimortgage, Inc.,<br>1000 Technology Drive<br>O' Fallon, MO 63368-2239<br><br>*Defendant(s)* | Civil Action No. 2:24 CV 4216 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Citimortgage, Inc.,
1000 Technology Drive
O' Fallon, MO 63368-2239

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LEONARD NYAMUSEVYA
P.O. BOX 314
REYNOLDSBURG, OHIO 43068
U.S.A.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/29/2024      *Melissa Saddler*
                      *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio ▼

LEONARD NYAMUSEVYA  
P.O. BOX 314  
REYNOLDSBURG, OHIO 43068  
U.S.A.

*Plaintiff(s)*

v.

First American Financial Title Insurance Company  
1 First American Way  
Santa Ana, California 92707

*Defendant(s)*

Civil Action No. 2:24 CV 4216

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  
First American Financial Title Insurance Company  
1 First American Way  
Santa Ana, California 92707

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LEONARD NYAMUSEVYA  
P.O. BOX 314  
REYNOLDSBURG, OHIO 43068  
U.S.A.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/29/2024

*Melissa Saddler*  
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio ▼

| | |
|---|---|
| LEONARD NYAMUSEVYA<br>P.O. BOX 314<br>REYNOLDSBURG, OHIO 43068<br>U.S.A.<br><br>*Plaintiff(s)*<br>v.<br>Padgett Law Group<br>6267 Old Water Oak Rd Suite 203,<br>Tallahassee, FL 32312<br><br>*Defendant(s)* | Civil Action No. 2:24 CV 4216 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Padgett Law Group
6267 Old Water Oak Rd Suite 203,
Tallahassee, FL 32312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LEONARD NYAMUSEVYA
P.O. BOX 314
REYNOLDSBURG, OHIO 43068
U.S.A.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Melissa Saddler*

Date: 11/29/2024                                                                 *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio ▼

| | |
|---|---|
| LEONARD NYAMUSEVYA<br>P.O. BOX 314<br>REYNOLDSBURG, OHIO 43068<br>U.S.A.<br><br>*Plaintiff(s)*<br>v.<br>Attorney Ellen L. Fornash, esq.<br>8087 Washington Village Drive, Ste 220,<br>Dayton, Ohio 45458<br><br>*Defendant(s)* | Civil Action No. 2:24 CV 4216 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Attorney Ellen L. Fornash, esq.
8087 Washington Village Drive, Ste 220,
Dayton, Ohio 45458

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LEONARD NYAMUSEVYA
P.O. BOX 314
REYNOLDSBURG, OHIO 43068
U.S.A.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/29/2024  *Melissa Saddler*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio ▼

| | |
|---|---|
| LEONARD NYAMUSEVYA<br>P.O. BOX 314<br>REYNOLDSBURG, OHIO 43068<br>U.S.A.<br><br>*Plaintiff(s)*<br>v.<br>Attorney Jacqueline M. Wirtz, esq.<br>8087 Washington Village Drive, Ste 220,<br>Dayton, Ohio 45458<br><br>*Defendant(s)* | Civil Action No. 2:24 CV 4216 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Attorney Jacqueline M. Wirtz, esq.
8087 Washington Village Drive, Ste 220,
Dayton, Ohio 45458

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LEONARD NYAMUSEVYA
P.O. BOX 314
REYNOLDSBURG, OHIO 43068
U.S.A.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date: 11/29/2024 _____
Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio ▼

| | |
|---|---|
| LEONARD NYAMUSEVYA<br>P.O. BOX 314<br>REYNOLDSBURG, OHIO 43068<br>U.S.A.<br><br>*Plaintiff(s)*<br>v.<br>Attorney Bethany L. Suttinger, esq<br>8087 Washington Village Drive, Ste 220,<br>Dayton, Ohio 45458<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:24 CV 4216<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Attorney Bethany L. Suttinger, esq
8087 Washington Village Drive, Ste 220,
Dayton, Ohio 45458

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LEONARD NYAMUSEVYA
P.O. BOX 314
REYNOLDSBURG, OHIO 43068

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/29/2024         *Melissa Sadler*
                         *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio ▼

| | |
|---|---|
| LEONARD NYAMUSEVYA<br>P.O. BOX 314<br>REYNOLDSBURG, OHIO 43068<br>U.S.A.<br><br>*Plaintiff(s)*<br>v.<br>Honorable Sharon L. Kennedy, esq.<br>Supreme Court of Ohio<br>65 South Front Street<br>Columbus, OH 43215-3431<br><br>*Defendant(s)* | Civil Action No. 2:24 CV 4216 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Honorable Sharon L. Kennedy, esq.
Supreme Court of Ohio
65 South Front Street
Columbus, OH 43215-3431

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LEONARD NYAMUSEVYA
P.O. BOX 314
REYNOLDSBURG, OHIO 43068

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Melissa Saddler*

Date: 11/29/2024  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio ▼

| | | |
|---|---|---|
| LEONARD NYAMUSEVYA<br>P.O. BOX 314<br>REYNOLDSBURG, OHIO 43068<br>U.S.A.<br><br>*Plaintiff(s)*<br>v.<br>Honorable Judge David J. Leland, esq.<br>373 South High Street,<br>Columbus, Ohio 43215<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:24 CV 4216 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Honorable Judge David J. Leland, esq.
373 South High Street,
Columbus, Ohio 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LEONARD NYAMUSEVYA
P.O. BOX 314
REYNOLDSBURG, OHIO 43068

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/29/2024       *Melissa Sadler*
                        *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio ▼

| | |
|---|---|
| LEONARD NYAMUSEVYA<br>P.O. BOX 314<br>REYNOLDSBURG, OHIO 43068<br>U.S.A.<br><br>*Plaintiff(s)*<br>v.<br>Honorable Judge Julia L. Dorrian, esq.<br>373 South High Street,<br>Columbus, Ohio 43215<br><br>*Defendant(s)* | Civil Action No. **2:24 CV 4216** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Honorable Judge Julia L. Dorrian, esq.
373 South High Street,
Columbus, Ohio 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    LEONARD NYAMUSEVYA
    P.O. BOX 314
    REYNOLDSBURG, OHIO 43068

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/29/2024      *Melissa Saddler*
    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio ▼

| | |
|---|---|
| LEONARD NYAMUSEVYA<br>P.O. BOX 314<br>REYNOLDSBURG, OHIO 43068<br>U.S.A.<br><br>*Plaintiff(s)*<br>v.<br>Honorable Judge Kristin Boggs, esq.<br>373 South High Street,<br>Columbus, Ohio 43215<br><br>*Defendant(s)* | Civil Action No. 2:24cv4216 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Honorable Judge Kristin Boggs, esq.
373 South High Street,
Columbus, Ohio 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   LEONARD NYAMUSEVYA
   P.O. BOX 314
   REYNOLDSBURG, OHIO 43068

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/29/2024    *melissa Saddler*
                    *Signature of Clerk or Deputy Clerk*