# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **LEONARD NYAMUSEVYA,** | : | |
| Plaintiff(s), | : | Case No. 2:24-cv-4216 |
| | | Judge Edmund A. Sargus, Jr. |
| v. | : | Magistrate Judge Elizabeth P. Deavers |
| **STATE OF OHIO,** *et al.,* | : | |
| Defendant(s). | | |
| | : | |

## ORDER

The undersigned hereby recuses herself from the above-styled case. The Clerk is **DIRECTED** to redraw the case for random reassignment to another United States Magistrate Judge.

**IT IS SO ORDERED.**

Date: December 2, 2024

    /s/ *Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**