IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LEONARD NYAMUSEVYA,**

    **Plaintiff,**

    v.

                                   **Case No. 2:24-cv-4216**
                                   **Judge Edmund A. Sargus, Jr.**
                                   **Magistrate Judge Chelsey M. Vascura**

**STATE OF OHIO,** *et al.*,

    **Defendants.**

## ORDER

    The undersigned hereby recuses herself from the above-entitled case. The Clerk is **DIRECTED** to redraw the case for random assignment to another Untied States Magistrate Judge.

    **IT IS SO ORDERED.**


                                          *s/ Chelsey M. Vascura*
                                          **CHELSEY M. VASCURA**
                                          **UNITED STATES MAGISTRATE JUDGE**